Tanya E. Moore, SBN 206683
K. Randolph Moore, SBN 106933
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
Cecil Shaw

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW,<br><br>        Plaintiff,<br><br>     vs.<br><br>GONG'S MARKET OF SANGER, INC., et al.,<br><br>        Defendants.<br>_____ | No.  1:11-CV-01095-OWW-DLB<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER** |

WHEREAS, no Defendant has appeared in this action;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed in this action;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i).

Date: August 26, 2011          MOORE LAW FIRM, P.C.


/s/Tanya E. Moore
Tanya E. Moore
Attorneys for Plaintiff Cecil Shaw

///

///

1

**ORDER**

2

    Good cause appearing,

3

    **IT IS HEREBY ORDERED** that this action be dismissed with prejudice in its entirety.

4

5

6

IT IS SO ORDERED.

7

    Dated:   **August 26, 2011**                    **/s/ Oliver W. Wanger**

8

                                        UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Cecil Shaw v. Gong's Market of Sanger, Inc., et al.*
Notice of Voluntary Dismissal; Order